**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KIMBERLY BATTY,<br><br>                Plaintiff,<br><br>        vs.<br><br>RUIZ FOOD PRODUCTS, INC., a California corporation,<br><br>                Defendants. | Case No. 1:14-CV-01133-GSA<br><br>**ORDER ON STIPULATION OF DISMISSAL**<br><br>(ECF No. 16) |

On April 17, 2015, the parties jointly submitted a Stipulation of Dismissal to the Court. (ECF No. 16.) Accordingly, the instant matter is dismissed with prejudice. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **April 23, 2015**                        **/s/ Gary S. Austin**
                                                          UNITED STATES MAGISTRATE JUDGE

1